No. 237, Misc. KAYTON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 247, Misc. TRUJILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 337, Misc. JALBERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 426, Misc. WEIS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 435, Misc. PETERMAN v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 445, Misc. CRAIG v. BOLSINGER, PROTHONOTARY. C. A. 3d Cir. Certiorari denied.

No. 449, Misc. SIFRE v. DELGADO, WARDEN. Sup. Ct. P. R. Certiorari denied.

No. 466, Misc. SHIKARA v. COMMISSIONER OF MENTAL HEALTH OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 471, Misc. SWIERE v. HARMS MARINE SERVICE, INC. Sup. Ct. Tex. Certiorari denied. *John T. Lindsey* for petitioner. *Clarence S. Eastham* for respondent.